UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. SCOTT JEFFREY MELNICK, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | NO. 5:14-cv-3064 |
| : | |
| HUNAN SPRINGS, : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 13th day of March, 2015, upon review of the complaint and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED WITH PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE** this case;

3. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith; and

4. No further pleadings shall be docketed or filing fees accepted from Plaintiff in this matter without prior approval of the Undersigned.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR., J.